**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | **The GryphonRE, LLC** | EIN | **46–4716612** |
| | Name | | |

United States Bankruptcy Court   **District of Vermont**

Date case filed for chapter **7   9/9/25**

Case number:  **25–10195**

---

## Official Form 309C AMENDED (For Corporations or Partnerships)

## Amended Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

12/15

---

### CHANGE IN TIME OF MEETING OF CREDITORS

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | The GryphonRE, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | PO Box 1973<br>New London, NH 03257 | |
| 4. **Debtor's attorney**<br>Name and address | Nancy M. Geise<br>Kolvoord, Overton & Wilson, P.C.<br>600 Blair Park Road<br>Suite 205<br>Williston, VT 05495 | Contact phone 802–878–3346<br>Email _____ |
| 5. **Bankruptcy trustee**<br>Name and address | Raymond J Obuchowski, Chapter 7 Trustee<br>PO Box 60<br>Bethel, VT 05032–0060 | Contact phone (802) 234–6244<br>Email _____ |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U. S. Bankruptcy Court – Burlington<br>11 Elmwood Ave. Suite 240<br>P.O. Box 1663<br>Burlington, VT 05402–1663 | Hours open: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone (844) 644–7459<br><br>Date: 9/18/25 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 8, 2025 at 03:15 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 723 329 3655, and Passcode 6802446189, OR call 1 (401) 237–7469**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| 8. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. | |

| **Proof of claim** | If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
| Please do not file a proof of claim unless you receive a notice to do so. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **1**

United States Bankruptcy Court

District of Vermont

| In re: | Case No. 25-10195-hzc |
|---|---|
| The GryphonRE, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0210-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: 309camnd | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | The GryphonRE, LLC, PO Box 1973, New London, NH 03257-1973 |
| intp | + | Paul A. Levine, Chapter 7 Trustee for Thomas M. Ch, Lemery Greisler LLC, 677 Broadway, 8th Floor, Albany, NY 12207-2953 |
| 886382 | | City of Burlington, PO Box 22086, Albany, NY 12201-2086 |
| 886383 | | Gregory Baker, c/o Mark C. Rouvalis, Esq., McLane Middleton, PO Box 326, Manchester, NH 03105-0326 |
| 886384 | | Hans Huessy, Esq., MSK Attorneys, PO Box 4485, Burlington, VT 05406-4485 |
| 886385 | + | Vermont House Condo Association, Appletree Bay Property Management, PO Box 3009, Burlington, VT 05408-3009 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion02.vt.ecf@usdoj.gov | Sep 18 2025 19:31:00 | Lisa M Penpraze, Office of the United States Trustee, Leo O'Brien Federal Building, 11A Clinton Ave., Room 620, Albany, NY 12207-2370 |
| aty | | Email/Text: nancy@essexvtlaw.com | Sep 18 2025 19:31:00 | Nancy M. Geise, Kolvoord, Overton & Wilson, P.C., 600 Blair Park Road, Suite 205, Williston, VT 05495 |
| aty | + | EDI: QPALEVINEVT.COM | Sep 18 2025 23:33:00 | Paul A Levine, Lemery Greisler, LLC, 677 Broadway, 8th Floor, Albany, NY 12207-2953 |
| tr | | EDI: BRJOBUCHOWSKI.COM | Sep 18 2025 23:33:00 | Raymond J Obuchowski, Chapter 7 Trustee, PO Box 60, Bethel, VT 05032-0060 |
| ust | + | Email/Text: ustpregion02.vt.ecf@usdoj.gov | Sep 18 2025 19:31:00 | U S Trustee, Office of the United States Trustee, Leo O'Brien Federal Building, 11A Clinton Ave., Room 620, Albany, NY 12207-2370 |
| 886381 | | Email/Text: jcanty@barharbor.bank | Sep 18 2025 19:31:45 | Bar Harbor Bank and Trust, 20 Methodist Lane, Williamstown, VT 05679 |
| 886378 | | Email/Text: bankruptcycourts@equifax.com | Sep 18 2025 19:31:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 886380 | ^ | MEBN | Sep 18 2025 19:28:13 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 886376 | | EDI: IRS.COM | Sep 18 2025 23:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 886379 | ^ | MEBN | Sep 18 2025 19:28:13 | TransUnion, PO Box 1000, Crum Lynne, PA 19022 |
| 886377 | + | EDI: VERMNTTAX | Sep 18 2025 23:33:00 | Vermont Department of Taxes, PO Box 429, Montpelier, VT 05601-0429 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lisa M Penpraze | on behalf of U.S. Trustee U S Trustee lisa.penpraze@usdoj.gov |
| Nancy M. Geise | on behalf of Debtor The GryphonRE  LLC nancy@essexvtlaw.com, r54609@notify.bestcase.com |
| Paul A Levine | on behalf of Interested Party Paul A. Levine  Chapter 7 Trustee for Thomas M. Chadwick plevine@lemerygreisler.com, phartl@lemerygreisler.com |
| Raymond J Obuchowski, Chapter 7 Trustee | ray@oeblaw.com  VT02@ecfcbis.com;marie@oeblaw.com |
| U S Trustee | ustpregion02.vt.ecf@usdoj.gov |

TOTAL: 5