**Fill in this information to identify your case:**

Debtor 1: GryphonRE, LLC

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: District of Vermont

Case number (If known): 25-10195

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✘ /s/ Thomas Chadwick for GryphonRE, LL       ✘ _____
Signature of Debtor 1                                                Signature of Debtor 2

Date 09/22/2025                                                         Date _____

Official Form 106Dec        Declaration About an Individual Debtor's Schedules

Fill in this information to identify the case:

United States Bankruptcy Court for the:

DISTRICT OF VERMONT

Case number (if known) _____  Chapter  7

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  ~~The~~ GryphonRE, LLC  → GryphonRE, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  46-4716612

4. **Debtor's address**

   Principal place of business
   131 Main Street, Unit 2B
   Burlington, VT 05401
   Number, Street, City, State & ZIP Code

   Chittenden
   County

   Mailing address, if different from principal place of business
   PO Box 1973
   New London, NH 03257
   P.O. Box, Number, Street, City, State & ZIP Code

   Location of principal assets, if different from principal place of business
   131 Main Street, 2B Burlington, VT 05401
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1